

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION



UNITED STATES OF AMERICA

v.   CASE NO. 8:19-cr-343-T-30-JSS

18 U.S.C. § 1591(a)

STEVEN GARLAND WHYMS
    a/k/a "Corey Johnson"
    a/k/a "Tairo"
    a/k/a "Terrio"
    a/k/a "Victoria"
    a/k/a "Dread"

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date, but from at least on or about November 7, 2017, and continuing through and including in or about January 2018, in the Middle District of Florida, and elsewhere, the defendant,

STEVEN GARLAND WHYMS,
a/k/a "Corey Johnson,"
a/k/a "Tairo,"
a/k/a "Terrio,"
a/k/a "Victoria,"
a/k/a "Dread,"

did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means a person, that is, Victim 1, in and affecting

interstate and foreign commerce, having had a reasonable opportunity to observe Victim 1, and knowing, and in reckless disregard of the fact, that Victim 1 had not attained the age of 18 years, and knowing Victim 1 would be caused to engage in a commercial sex act.

In violation of 18 U.S.C. §§ 1591(a)(1), (b)(2), and (c).

## FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 1594 and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1591(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 1594:

    a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Lisa M. Thelwell
Assistant United States Attorney

By: _____
Amanda L. Riedel
Assistant United States Attorney
Acting Chief, Special Victims Section

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

STEVEN GARLAND WHYMS
a/k/a "Corey Johnson"
a/k/a "Tairo"
a/k/a "Terrio"
a/k/a "Victoria"
a/k/a "Dread"

## INDICTMENT

Violations: 18 U.S.C. § 1591(a)

A true bill,

_____
Foreperson

Filed in open court this ____ day

of August, 2019.

_____
Clerk

Bail $ _____

GPO 863 525